# Exhibit 3

FTX MDL - Depositions of Defendant Friedberg and Mr. Ryne Miller

Adam Moskowitz <Adam@moskowitz-law.com>
Tue 8/1/2023 11:21 AM

To:Ronald G. Acho <racho@cmda-law.com>;Glueckstein, Brian D. <gluecksteinb@sullcrom.com>;ryne@ftx.us <ryne@ftx.us>
Cc:Joseph Kaye <joseph@moskowitz-law.com>;Zutshi, Rishi N. <rzutshi@cgsh.com>;Rejane Passos <rejane@moskowitz-law.com>;Stu Davidson <sdavidson@rgrdlaw.com>;Joseph Saveri <jsaveri@saverilawfirm.com>;David Boies <dBoies@BSFLLP.com>;Alex Boies <ABoies@BSFLLP.com>;Jose M. Ferrer <jose@markmigdal.com>;Robert Lieff <rlieff@lieff.com>;James Swanson <jswanson@fishmanhaygood.com>;Laurence King <lking@kaplanfox.com>;Rachel Lanier <Rachel.lanier@lanierlawfirm.com>;Rachel Furst <rachel@maderalbyrne.com>;Stephen N. Zack <SZack@BSFLLP.com>;William Audet <waudet@audetlaw.com>;Eric Ian Niehaus <ericn@rgrdlaw.com>;Frederic Fox <FFox@kaplanfox.com>;Alex J. Brown <Alex.Brown@LanierLawFirm.com>;Davis LaBarre <Davis.Labarre@LanierLawFirm.com>;Mark Lanier <Mark.Lanier@LanierLawFirm.com>

📎 4 attachments (1 MB)
1693000-1693840-friedberg complaint.pdf; MDL FTX - Exhibit A to Subpoena (Ryne Miller GC).docx; MDL FTX - Subpoena depo DT- (Ryne Miller GC).pdf; Notice of FTX Deposition Duces Tecum - (Dan Friedberg).docx;

Dear FTX Counsel:

Thank you for the productive group Zoom and telephone calls last week, regarding many issues, including taking the deposition of Mr. Dan Friedberg,  As we explained on our call, and in previous emails and at the last hearing, Mr. Friedberg is a named Defendant in our FTX litigation, was the FTX COO, has some important relevant testimony, and the Class would like to preserve his testimony.  Moreover, Mr. Friedberg has also now been sued in the bankruptcy court (see attached) and thus many important issues have been raised in that lawsuit, including issues between him and, current and former members of Sullivan & Cromwell, such as Mr. Ryne Miller, so we all need to understand and test all the underlying sworn testimony.

**Deposition of Dan Friedberg**

All of you informed us on our Zoom, and in subsequent emails, and on the phone, that you would not be assisting us in coordinating any date for Mr. Friedberg's deposition, and instead you will be filing a motion to stay with the Court, seeking to prevent all discovery, including specifically taking just the deposition of Mr. Friedberg.  We have yet to see that Motion, so please let us know when it will be filed, so we can all get the Court's guidance.  Attached is the Notice for his deposition and requests for documents.  As some of you asked, Mr. Friedberg is a named Defendant and has agreed to provide this deposition and we have set it for August 1.

**Deposition of Ryne Miller**

Many of these important FTX allegations appear to be disputed between Mr. Friedberg and Mr. Bryce Miller (counsel for FTX), some are outlined in the attached pending lawsuit.  All parties need to fully understand all of these important allegations and be able to test the allegations.  Accordingly,  we will also set Mr. Miller's deposition for September 4, with a few specific documents requests, and certainly glad to discuss any other date.  We anticipate that Mr. Miller may also have his own interests, so we can all work together to plan a date that works for Mr. Miller and everyone else.

*More importantly, if any of you have any disagreements with these 2 depositions, please just let us know this week how you propose we raise these 2 issues with the Court, in the most expeditious and efficient manner.*


Adam M. Moskowitz
The Moskowitz Law Firm
2 Alhambra Plaza
Suite 601
Coral Gables, Fl 33134
305.740.1423 main
786.309.9561 direct
adam@moskowitz-law.com<mailto:adam@moskowitz-law.com>
[http://www.Moskowitz-Law.com%3chttp:/www.Moskowitz-Law.com]www.Moskowitz-Law.com<http://www.Moskowitz-Law.com>