AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> SULLIVAN & CROMWELL, LLP. <br><br> *Defendant(s)* | Civil Action No. 24-CV-20630 MOORE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SULLIVAN & CROMWELL, LLP.
Service of Process on the Secretary of State as Agent, THE PARTNERSHIP
ATTN: CHIEF FINANCIAL OFFICER
125 BROAD ST, NEW YORK, NY, 10004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam M. Moskowitz
Joseph M. Kaye
THE MOSKOWITZ LAW FIRM, PLLC
3250 Mary Street, Suite 202
Coconut Grove, FL 33133
Telephone: (305) 740-1423
Service@moskowitz-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 20, 2024



Angela E. Noble
Clerk of Court

SUMMONS

s/ Patricia Curtis
Deputy Clerk
U.S. District Courts