## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT District of UNITED SATES

Case Number: 24-CV-20630
MOORE

Plaintiff:
**EDWIN GARRISON, et al., on behalf of themselves and all others similarly situated**

vs.

Defendant:
**SULLIVAN & CROMWELL, LLP.**

For:
The Moskowitz Law Firm
2 Alhambra Plaza Suite 601
Coral Gables, FL 33134

Received by Magic City Process Service, LLC on the 20th day of February, 2024 at 2:42 pm to be served on **SULLIVAN & CROMWELL, LLP. Service of Process on the Secretary of State as Agent, THE PARTNERSHIP, ATTN: CHIEF FINANCIAL OFFICER, 125 BROAD ST,, NEW YORK, NY 10004**

I, JOHN CLEERE, do hereby affirm that on the **22nd day of February, 2024** at **12:15 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, SUMMONS IN A CIVIL ACTION** with the date and hour of service endorsed thereon by me, to: **Janet McKee** as **Authorized Agent** for **SULLIVAN & CROMWELL, LLP.**, at the address of: **125 BROAD ST,, NEW YORK, NY 10004**, and informed said person of the contents therein, in compliance with state statutes.

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

JOHN CLEERE
Process Server

**Magic City Process Service, LLC**
**1825 PONCE DE LEON BLVD #283**
**CORAL GABLES, FL 33134**
(786) 881-8228

Our Job Serial Number: MGS-2024001331

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2n